**Mario LEWIS, Plaintiff–Appellant,**

v.

**THOR, Defendant–Appellee.**

No. 02–16661.
D.C. No. CV–02–02673–SI.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 10, 2003.*

Decided Feb. 14, 2003.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before LEAVY, FERNANDEZ and BERZON, Circuit Judges.

## MEMORANDUM**

Mario Lewis, a California state prisoner, appeals pro se the district court's dismissal without prejudice of his 42 U.S.C. § 1983 complaint and action alleging that prison officials violated his constitutional rights. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *Barren v. Harrington*, 152 F.3d 1193, 1194 (9th Cir. 1998) (order), and we vacate and remand.

The district court dismissed Lewis's action pursuant to 42 U.S.C. § 1997e(a) for failure to exhaust his administrative remedies for at least two of his claims. We vacate and remand because we have since held that section 1997e(a) does not impose a pleading requirement on the inmate, but rather constitutes an affirmative defense that must be raised and proven by the defendants. *See Wyatt v. Terhune*, 315 F.3d 1108, 1118–19 (9th Cir.2003).

## VACATED and REMANDED.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).